UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

ANTHONY J. BRACCIA, et al.,

        Plaintiffs,

-v-                                                                                     No. 08 Civ. 8927 (LTS)

D'BLASS CORP.,

        Defendant.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 1 2 2009

## ORDER

The Court hereby grants the motion of John L. Russo ("Outgoing Counsel") to be relieved as counsel of record for defendant D'Blass Corp., in the above-captioned matter, effective upon Outgoing Counsel's filing of a certification of service of this order on defendant.

Defendant D'Blass Corp. must, by **December 10, 2009**, file and serve a notice of appearance by new counsel. Failure to enter a timely appearance may result in the entry of judgment for Plaintiffs by default.

This order resolves docket entry no. 15.

SO ORDERED.

Dated: New York, New York
       November 12, 2009

                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge